BEFORE THE FIRST DIVISION, OCTOBER 23, 1957

No. 61287.—Manca, Inc. *v.* United States, protest 288010–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of parts of photographic lenses which arc entitled to the reduced rate of duty, the claim of the plaintiff was sustained.